# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Mostafa, Osama | : | 02-CV-6249 |
| Niccoli, Thomas and Mary-Ann Nicoli | : | 02-CV-5442 |
| Nichols, Rick | : | 02-CV-5677 |
| Nickerson, Phyllis and Eugene Nickerson | : | 02-CV-5435 |
| Ochoa, Jesus | : | 02-CV-5722 |
| Porter, Bill | : | 02-CV-6256 |
| Radzay, Alexander | : | 02-CV-5675 |
| Ralls, Thomas and Cathleen Ralls | : | 02-CV-5849 |
| Ranger, Cindy and William Ranger | : | 02-CV-6367 |
| Ratliff, Robert | : | 02-CV-5724 |
| Reid, Andrea | : | 02-CV-6505 |
| Reid, Eldridge | : | 02-CV-5768 |
| Reyes, Alma | : | 02-CV-5444 |
| Raber, Darlene and Robert Raber | : | 02-CV-6383 |
| Morgan, Sophie and Kim Morgan | : | 02-CV-5903 |
| Resindiz, Lydia and Juan Manuel Resindiz | : | 02-CV-5749 |
| Olsen, Joseph and Barbara Olsen | : | 02-CV-5458 |
| Olson, Donna and Adolph Olson | : | 02-CV-5441 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Omanian, Arthur and Carolyn L. Omanian | : | 02-CV-5471 |
| Price, Charles | : | 02-CV-5720 |
| Price, Gary and Anna Price | : | 02-CV-5496 |
| Pruden, Shirley and Clarence Pruden | : | 02-CV-5882 |
| Prudhomme, Grace and Gary Prudhomme | : | 02-CV-5511 |
| Puckett, Lester and Rowena Puckett | : | 02-CV-5792 |
| Pues, Marlene | : | 02-CV-5533 |
| Puller, Rebecca | : | 02-CV-5559 |
| Purdum, Ronald and Carroll Purdum | : | 02-CV-5791 |
| Purugganan, Ed and Carmen Sieda Purugganan | : | 02-CV-6236 |
| Putney, John | : | 02-CV-5529 |
| Nunez, Mary and Joseph Nunez | : | 02-CV-5455 |
| Myers, Bernice and Willie Myers | : | 02-CV-6114 |
| Molina, Guadalupe | : | 02-CV-5808 |
| Moldenhauer, Woodrow | : | 02-CV-6479 |
| Nyman, Philip and Marguerita A. Nyman | : | 02-CV-5436 |
| Nyrop, Sheila | : | 02-CV-6489 |
| Oakley, Robert | : | 02-CV-5721 |
| Ocampo, Imelda | : | 02-CV-5494 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Ochoa, Eulalio | : | 02-CV-5735 |
| North, Mildred and Douglas J. North | : | 02-CV-5443 |
| Norris, Gerald and Antoinette Norris | : | 02-CV-5460 |
| Nowak, Howard and Constance D. Nowak | : | 02-CV-5454 |
| Nelson, Earl and Eva Nelson | : | 02-CV-5799 |
| Nelson, Marian | : | 02-CV-5807 |
| Neuman, Jim | : | 02-CV-5740 |
| Neutron, Shirley and Everett Neutron | : | 02-CV-5879 |
| Nevarez, Jesus | : | 02-CV-6484 |
| Newitt, Stephenia | : | 02-CV-5676 |
| Nguyen, Van and Helen Nguyen | : | 02-CV-5456 |
| Martello, Vincent and Sharon Martello | : | 02-CV-6103 |
| Miller, William and Jeanne Miller | : | 02-CV-5999 |
| Miller, Wilma | : | 02-CV-6504 |
| Millora, Jesus and Lydia Millora | : | 02-CV-5923 |
| Miller, Walter and Lorraine Miller | : | 02-CV-5901 |
| Morrissey, James | : | 02-CV-5875 |
| Morrow, Alph | : | 02-CV-5872 |
| Morton, Ronald and Cody Morton | : | 02-CV-5900 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Mulder, Arlene | : | 02-CV-6118 |
| Munoz, Angelina | : | 02-CV-5869 |
| Munoz, Marcelina | : | 02-CV-5865 |
| Murray, Wallace and Marie M. Murray | : | 02-CV-5266 |
| Muschietty, Clarence and Carol Muschietty | : | 02-CV-5280 |
| Musselman, Robert and Betty R. Musselman | : | 02-CV-5279 |
| Muzik, Daniel | : | 02-CV-5967 |
| Reduque, Jacinto and Irenea Reduque | : | 02-CV-6536 |
| Morris, Leo | : | 02-CV-6126 |
| Reels, Roger | : | 02-CV-5524 |
| Reeves, Crawford | : | 02-CV-5526 |
| Ollivares, Raymond | : | 02-CV-5507 |
| Olmstead, Olon | : | 02-CV-5517 |
| Martinelli, Toni | : | 02-CV-5710 |
| Miller, Joyce | : | 02-CV-5873 |
| Reed, Carol and Richard Reed | : | 02-CV-5698 |
| Morris, Norman and Betty Morris | : | 02-CV-5899 |
| Reese, Nadean | : | 02-CV-5545 |
| Ann O'Hara | : | 02-CV-5733 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Oliveria, Escolastica | : | 02-CV-5625 |
| Martinez, Arlene and Armand Martinez | : | 02-CV-6150 |
| Martinez, Ela | : | 02-CV-5691 |
| Miyasaki, Wallace and Kazuko Miyasaki | : | 02-CV-5826 |
| Presson, Bernice and Avril Presson | : | 02-CV-5883 |
| Price, Anna and Gary Price | : | 02-CV-5488 |
| Onori, Adrienne and Peter Onori | : | 02-CV-5440 |
| Openshaw, Jimmie | : | 02-CV-5508 |
| Oriba, Kimiko and Ro Oriba | : | 02-CV-5518 |
| Muga, Rudolph and Nelissi Muga | : | 02-CV-5259 |
| Muga, Rudolph | : | 02-CV-6135 |
| Ortega, Edward | : | 02-CV-5510 |
| Ortega, Maria | : | 02-CV-5402 |
| Osborne, James Jr. | : | 02-CV-5403 |
| Osburn, Ladonna | : | 02-CV-5664 |
| Osinga, Jacob and Charlotte Osinga | : | 02-CV-6322 |
| Owens, Delores | : | 02-CV-5662 |
| Pineda, Oscar and Ruth Pineda | : | 02-CV-5472 |
| Mathiassen, Einar and Mildred Mathiassen | : | 02-CV-6508 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Mathis, Robert and Deloris Mathis | : | 02-CV-6157 |
| Mati, Julia | : | 02-CV-5387 |
| Mattis, Jack | : | 02-CV-5634 |
| Mattson, Edgar and Mattson Winifred | : | 02-CV-6325 |
| Matula, Thomas | : | 02-CV-5383 |
| Martinez, Barbara | : | 02-CV-5695 |
| Ochoa, John and Romona D. Ochoa | : | 02-CV-5461 |
| O'Connor, Ladine and Albert O'Connor | : | 02-CV-5459 |
| O'Donnell, Gloria | : | 02-CV-5719 |
| Portschi, Lawrence and Marialyn Portschi | : | 02-CV-5569 |
| Post, William and Patricia Post | : | 02-CV-5541 |
| Power, Ethelyn and Hedley Power | : | 02-CV-5642 |
| Prasad, Bejai and Bimalar Prasad | : | 02-CV-5884 |
| Prater, Alvin and Carmie Prater | : | 02-CV-5793 |
| Moore, Drexel and Alice Moore | : | 02-CV-5281 |
| Ricks, Lola and George Ricks | : | 02-CV-5834 |
| Rideaux, Darrell | : | 02-CV-5623 |
| Rimoldi, Albert and Pauline Rimoldi | : | 02-CV-5850 |
| Rivas, Anastacio and Carmen Rivas | : | 02-CV-5809 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Reifeiss, Fred and Mary Reifeiss | : | 02-CV-5731 |
| Reinosa, Carmen and Rigoberto Reinosa | : | 02-CV-5752 |
| Renna, Louis and Emilia Renna | : | 02-CV-5531 |
| Paguio, Armando | : | 02-CV-5703 |
| Patricia, Palas and Steve Palas | : | 02-CV-5679 |
| Palas, Steven | : | 02-CV-5672 |
| Palermo, Louis and Elizabeth Palermo | : | 02-CV-5553 |
| Pandya, Surendra | : | 02-CV-5624 |
| Panes, Rosenda and Jose S. Panes | : | 02-CV-5643 |
| Papkoff, Barbara | : | 02-CV-5771 |
| Piskel, Edith | : | 02-CV-5515 |
| Plunk, Harold and Johnnie Plunk | : | 02-CV-5544 |
| Polance, Arnulfo and Laura Polanco | : | 02-CV-5542 |
| Polich, Edward and Carmella Polich | : | 02-CV-5629 |
| Pollard, Joe | : | 02-CV-5549 |
| Ponio, Reynato and Rizalinda M. Ponio | : | 02-CV-6369 |
| Popp, Walter and Christine Popp | : | 02-CV-5630 |
| Porchia, Mattie | : | 02-CV-5378 |
| Porter, Annie | : | 02-CV-6235 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Poublon, Joe and Sharon Poublon | : | 02-CV-5499 |
| Martinez, Florentino and Guillermina Martinez | : | 02-CV-6260 |
| Martinez, Isabel | : | 02-CV-5712 |
| Martin, Marie and Ronald Martin | : | 02-CV-6149 |
| Martin, Ricky and Linda Martin | : | 02-CV-6158 |
| Martino, Ben | : | 02-CV-5692 |
| Rivera, Jesse and Victoria Rivera | : | 02-CV-5836 |
| Mrah, Mustapha and Edelgare Mrah | : | 02-CV-5246 |
| Moreno, Marty and Nattida Moreno | : | 02-CV-6457 |
| Nargot, Vincent | : | 02-CV-5814 |
| Natividad, Victorina | : | 02-CV-5806 |
| Nelson, Beatrice | : | 02-CV-5813 |
| Raybon, Richard and Vicki Raybon | : | 02-CV-5823 |
| Reagan, Mavis | : | 02-CV-5537 |
| Rivera, Magdelena | : | 02-CV-5437 |
| Mosley, Tharesa | : | 02-CV-5876 |
| Napier, Jesse | : | 02-CV-5804 |
| Nations, Louise | : | 02-CV-5812 |
| Nelch, Amelia | : | 02-CV-5811 |

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Rau, Floyd and Arlene Rau | : | 02-CV-5848 |
| Razo, Salvador and Virginia G. Razo | : | 02-CV-5747 |
| Morgan, Jay and Fayma Morgan | : | 02-CV-5928 |
| Morada, Ramon and Florida Morada | : | 02-CV-5864 |
| Pacheco, Panfilo | : | 02-CV-5713 |
| Pagano, Leone and Olga Pagano | : | 02-CV-5292 |
| Pieterse, Jacques | : | 02-CV-5742 |
| Pimental, Jesus and Refugio Pimental | : | 02-CV-5538 |
| Reyes, Robert and Virginia M. Reyes | : | 02-CV-5665 |
| Rice, Alice and William Rice | : | 02-CV-5821 |
| Morelli, Steve and Carol Morelli | : | 02-CV-5932 |
| Morales, Janice and Louis A. Morales | : | 02-CV-5912 |
| Pack, Charles | : | 02-CV-5671 |
| Page, Marlene | : | 02-CV-5702 |
| Moore, Loretta and Clyde Moore | : | 02-CV-6456 |
| Reyes, Max and Ana F. Reyes | : | 02-CV-5699 |
| Reynolds, James and Alice Reynolds | : | 02-CV-5532 |
| Miller, Paul | : | 02-CV-6478 |
| Miller, Sherrie | : | 02-CV-5878 |

9

| PLAINTIFF | | CIVIL ACTION NO. |
|---|---|---|
| Miner, Joan and Stanley P. Miner | : | 02-CV-5927 |
| Mirelez, Dora | : | 02-CV-6119 |
| Mitchell, Evelyn and Robert Mitchell | : | 02-CV-5933 |
| Mitchell, Forest and Glenda Mitchell | : | 02-CV-6148 |
| Mitchell, Gail and Ray Mitchell | : | 02-CV-6155 |
| Mills, Dennis and Eva Mills | : | 02-CV-5851 |
| Montgomery, Estaline | : | 02-CV-6357 |
| Montoya, Pedro and Evila Montoya | : | 02-CV-6382 |
| Martinez, Maria and Francisco Martinez | : | 02-CV-6246 |
| Martinez, Rock and Katherine Martinez | : | 02-CV-6247 |
| Mata, Walner | : | 02-CV-6490 |
| Matawaran, Jennifer | : | 02-CV-5701 |
| Montague, Gwendolyn | : | 02-CV-5856 |

## **STIPULATION TO EXTEND TIME**

The undersigned parties, through their respective counsel, hereby stipulate and agree that the time in which Defendant Bayer Corporation ("Bayer") may answer the Complaint is extended until December 20, 2002. Defendant Bayer agrees not to assert an insufficiency of process defense in its Answer.

This is the first extension of time granted to Defendant Bayer and does not exceed thirty (30) days.

| **WEITZ & LUXENBERG, P.C.** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
|---|---|
| By:_____ | By:_____ |
| Jerry Kristal, Esquire | Albert G. Bixler, Esquire |
| PA Bar I.D. No. 38332 | PA Bar I.D. No. 45639 |
| Franklin P. Solomon, Esquire | 1515 Market Street, Ninth Floor |
| PA Bar I.D. No. 74231 | Philadelphia, PA  19102 |
| 51 Haddonfield Road, Suite 160 | **(Attorney for Defendant** |
| Cherry Hill, NJ  08002 | **Bayer Corporation)** |
| **(Attorneys for Plaintiff)** | |

Dated:_____   Dated:_____

**APPROVED:**

_____
                                                                **J.**

M0382771.DOC